# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. ALEXANDER,<br><br>    Plaintiff,<br><br>v.<br><br>VACHE CHAKMAKIAN, et al.,<br><br>    Defendants. | Case No. CV 06-8257-JVS (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Defendant George T. Craig has filed Objections to the Report and Recommendation, and the Court has made a <u>de novo</u> determination of those portions of the Report and Recommendation to which Defendant Craig has objected. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that:

(1) the Federal Defendants' Motion to Dismiss is granted, in part, as follows:

    (a) all claims against the Federal Defendants in their official capacities are dismissed with prejudice; and

    (b) all claims against Defendants Hill and Clinton in their individual capacities are dismissed with prejudice;

 (2) the Federal Defendants' Motion to Dismiss is denied in all other respects;

 (4) Plaintiff shall have thirty (30) days from the date of this Order to effectuate service on the remaining Federal Defendants pursuant to Fed. R. Civ. P. 4; and

 (5) Defendant Craig's Motion to Dismiss is denied.

DATED: July 23, 2010

          JAMES V. SELNA
          UNITED STATES DISTRICT JUDGE