# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. ALEXANDER,<br><br>                Plaintiff,<br><br>    v.<br><br>VACHE CHAKMAKIAN, et al.,<br><br>                Defendants. | Case No. CV 06-8257-JVS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendations of the Magistrate Judge. Plaintiff is judicially estopped from pursuing his claims herein.

In his Reply, Defendant George T. Craig points to a number of additional grounds to dismiss the action. (Reply, Docket No. 174.) The Court finds the following additional grounds independently support dismissal: failure to file a statement of genuine issues of

1  material fact (Local Rule 56-2), and failure to controvert, or even address, Plaintiff's lack of
2  standing in view of his bankruptcy.

4  Accordingly, IT IS HEREBY ORDERED that Judgment shall be entered dismissing
5  this action with prejudice.

7  DATED: April 17, 2012

8          JAMES V. SELNA
        UNITED STATES DISTRICT JUDGE