# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH S. ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> VACHE CHAKMAKIAN, et al., <br><br> Defendants. | Case No. CV 06-8257-JVS (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 17, 2012

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE